IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DERRICK ROBERTS, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 4:17-CV-00569-ALM-KPJ |
| | § | |
| SANITATION SOLUTIONS, INC., ET AL, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 16, 2018, the report of the Magistrate Judge (Dkt. #85) was entered containing proposed findings of fact and recommendations that this case should be dismissed in its entirety with prejudice pursuant to Plaintiffs Derrick Roberts, Jermaine Bell, Jarvis Hill, Keithdrick Patterson, Tadarious Dixon, Demetrius Patterson, Lamonte Young, and Dantrell Patterson's and Defendants Sanitation Solutions, Inc., Sanitation Solutions Properties, LLC, and JAB Sanitation Equipment Leasing, LLC's Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt.# 84).

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 20th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE